AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| Vanderbilt Mortgage and Finance, Inc. <br> *Plaintiff* <br> v. <br> Alejandro Medina and Sylvia Aguilar <br> *Defendant* | ) <br> ) <br> )    Civil Action No.  2:09cv317 <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Alejandro Medina, 13517 W. Glendale Ave, #133, Glendale, AZ 85307

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jorge Rangel, The Rangel Law Firm, P.C.
615 Upper N. Broadway, Suite 2020
Corpus Christi, Texas 78477

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____11-30-09_____      _____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.  2:09cv317

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*  ALEJANDRO MEDINA

was received by me on *(date)*  DEC 1, 2009 AT 13:00 PM

☑ I personally served the summons on the individual at *(place)*  13517 W. GLENDALE AVE # 1133

GLENDALE, AZ 85307 _____  on *(date)*  DEC 1, 2009 ; or 16:40 PM

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____

designated by law to accept service of process on behalf of *(name of organization)* _____ , who is

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 65.00 .

I declare under penalty of perjury that this information is true.


Date:  DEC 2, 2009 _____            _____Will Ballew_____
                                             Server's signature

                                        ___WILL BALLEW  # 7116___
                                             Printed name and title


                            6319 N. 65TH DR GLENDALE, AZ 85301
                                             Server's address

Additional information regarding attempted service, etc: